PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Nov 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LLADIRA HERNANDEZ, Defendant. | CASE NO. 1:22-MJ-00175 BAM [~~PROPOSED~~] ORDER TO SEAL CASE **Filed Under Seal** |

Upon application of the United States and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrants, and all other documents filed in this case shall be sealed and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated:  11/10/22

*B. McAuliffe*
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE