HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LLADIRA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00035-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date:  December 5, 2023 |
| LLADIRA HERNANDEZ, | Time:  8:30 a.m. |
| Defendant. | Judge: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Lladira Hernandez, that the Court may continue the sentencing hearing currently scheduled for September 5, 2023, at 8:30 a.m. to December 5, 2023, at 8:30 a.m.

On April 3, 2023, Ms. Hernandez entered a guilty plea to a single-count Information charging her with bank larceny. *See* ECF #25. At the time of her plea hearing, the Court set the matter for sentencing on September 5, 2023. Ms. Hernandez now requests that the Court continue the sentencing hearing until December 5, 2023. Pursuant to the terms of the plea agreement, Ms. Hernandez is required to make a $5,000 payment toward restitution before the sentencing hearing. *See* ECF #18 at 3. Ms. Hernandez has saved approximately $2,500 toward her restitution payment; however, her hours at work have been reduced recently due to a

1  remodeling project at the hotel at which she works. Ms. Hernandez requires additional time to
2  save the additional $2,500 she needs to pay before the sentencing hearing. Counsel for the
3  government has no objection to this request.
4  **IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 25, 2023          */s/ Joseph Barton*
                               JOSEPH BARTON
                               Assistant United States Attorney
                               Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 25, 2023          */s/ Erin Snider*
                               ERIN SNIDER
                               Assistant Federal Defender
                               Attorney for Defendant
                               LLADIRA HERNANDEZ

# O R D E R

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for September 5, 2023, at 8:30 a.m. is hereby continued to December 5, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   August 28, 2023

UNITED STATES DISTRICT JUDGE