HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LLADIRA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LLADIRA HERNANDEZ,<br><br>Defendant. | Case No. 1:23-cr-00035-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:  May 13, 2024<br>Time:  8:30 a.m.<br>Judge: TBD |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Lladira Hernandez, that the Court may continue the sentencing hearing currently scheduled for January 29, 2024, at 8:30 a.m. to May 13, 2024, at 8:30 a.m.

On April 3, 2023, Ms. Hernandez entered a guilty plea to a single-count Information charging her with bank larceny. *See* ECF #25. At the time of her plea hearing, the Court set the matter for sentencing on September 5, 2023. At the request of the parties, the Court later continued the sentencing hearing to December 4, 2023, and then, on the Court's own motion, to January 29, 2024. Ms. Hernandez now requests that the Court continue the sentencing hearing until May 13, 2024. Ms. Hernandez recently gave birth to her second child and is still in the process of recovering. Moreover, pursuant to the terms of the plea agreement, Ms. Hernandez is

required to make a $5,000 payment toward restitution before the sentencing hearing. *See* ECF #18 at 3. Ms. Hernandez made a payment of $2,500 toward restitution on September 1, 2023; however, due to reduced work hours and her pregnancy, Ms. Hernandez requires additional time to save the remaining $2,500 she needs to pay before the sentencing hearing. Counsel for the government has no objection to this request.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 22, 2024        */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 22, 2024        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
LLADIRA HERNANDEZ

# O R D E R

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for January 29, 2024, at 8:30 a.m. is hereby continued to **May 13, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **January 23, 2024**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Hernandez – Stipulation to Continue Sentencing        2